IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN GIORDANO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC, et al.,<br><br>    Defendants. | Civil No. 19-21573 (NLH/AMD)<br><br><br><br>**ORDER** |

THIS ORDER ALSO APPLIES IN THE FOLLOWING CASES:

***Lombardo, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 20-15014 (NLH/AMD)

***Briggs, et al. v. Solvay Specialty Polymers, USA, LLC**, et al.*
    Civil No. 21-9699 (NLH/AMD)

***Lloyd v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-9705 (NLH/AMD)

***Britton, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-9707 (NLH/AMD)

***Gouse, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-9711 (NLH/AMD)

***Philipp, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-9714 (NLH/AMD)

***Callis, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-15212 (NLH/AMD)

***Malinowky, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 22-3214 (NLH/AMD)

***Powell, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 22-3218 (NLH/AMD)

*Severa, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*
    Civil No. 20-6906 (NLH/AMD)

This Order sets forth the following directives; and good cause appearing for the entry of the within Order:

IT IS on this **22nd** day of **November 2023**,

**ORDERED** that the parties shall submit a joint status report in the above matters as to the status of settlement via email to njdnef_donio@njd.uscourts.gov by no later than **December 1, 2023**.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO, U.S.M.J.

cc: Hon. Noel L. Hillman