## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KENNETH SEVERA,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **SOLVAY SPECIALTY POLYMERS,** *et al.*, <br><br> **Defendants.** | **Case No. 20–cv–06906–ESK–AMD** <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on plaintiffs' motion for final approval of class certification and settlement (Motion) (ECF No. 218) and the Court having conducted a friendly hearing (Hearing) as set by District Judge Noel L. Hillman (Ret.) (ECF No. 213) and later rescheduled by the Court (ECF No. 235),

**IT IS** on this **16th** day of **September 2024**   **ORDERED** that:

1. Upon consideration of the submissions of the parties and objectors, and the testimony of guardian *ad litem* James P. Savio, JSC (Ret.), the Court does not approve the settlement as to the minor class members.

2. The Motion is DENIED.

3. A status conference will be held at 2:00 p.m. on October 21, 2024 in Courtroom 4D of the Mitchell H. Cohen Building & United States Courthouse in Camden.

4. The parties are directed to obtain the transcript of the Hearing.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**