**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SEVERA, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1:20-cv-6906 |
| v. | : | Civil Action |
| SOLVAY, et al., | : | |
| | : | |
| Defendants | : | |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS CERTIFICATION AND SETTLEMENT**

PLEASE TAKE NOTICE that on the 17th day of December 2024, the undersigned attorney for Plaintiffs shall move before the United States District Court for the District of New Jersey for an order for final approval of class certification and settlement and approval of attorneys' fees in the above captioned matter.

Plaintiffs will rely upon the supporting certifications, memorandum of law, and corresponding exhibits submitted herewith.

Dated: November 18, 2024

BARRY, CORRADO, & GRASSI, PC

_____
Shauna L. Friedman, Esq.
2700 Pacific Avenue
Wildwood, NJ 08260
(P) (609) 729-1333
sfriedman@capelegal.com
**Attorney for Plaintiffs**

1