# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KENNETH SEVERA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SOLVAY,** *et al.*, <br><br> Defendants. | Case No. 20–cv–06906–ESK–AMD <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motion for final approval of the class-action settlement filed by plaintiffs (ECF No. 248) and objectors' motions to seal (ECF Nos. 238, 253); and the Court having held a final fairness hearing today, December 17, 2024, (Hearing) (ECF No. 247); and for the reasons stated on the record at the Hearing,

**IT IS** on this **17th** day of **December 2024**   **ORDERED** that:

1.   The motion for final approval (ECF No. 248) is GRANTED.

2.   The Court finding that objectors' motions to seal are deficient under Local Civil Rule 5.3 and defendants representing that the material to be sealed is subject to confidentiality orders, the motions at ECF Nos. 238 and 253 are DENIED WITHOUT PREJUDICE.  Materials shall remain under seal until further ordered.

3.   The parties and objectors are directed to meet and confer to resolve the alleged violation of confidentiality orders.

4.   If the parties are unable to come to a resolution, objectors may file renewed motions compliant with Local Civil Rule 5.3.

5.   The parties are directed to obtain a transcript of the Hearing.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**